THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JULES B. ST. GERMAIN, Appellant.

Argued November 27, 1950; decided January 11, 1951.

*Jules B. St. Germain,* in person, and *Harry Silver* for appellant.

*Frank A. Gulotta, District Attorney (Henry P. De Vine* of counsel), for respondent.

Judgments reversed and information dismissed upon the ground that the evidence was not sufficient to establish guilt beyond a reasonable doubt. No opinion.

Concur: LOUGHRAN, Ch J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.